IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ELIZABETH D HALE
      1804 PENFIELD RD E
      COLUMBUS, OH  43227

Case No: 09-62708

Chapter 13

Judge: John E. Hoffman Jr.

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The above case having been COMPLETED on November 07, 2014. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ELIZABETH D HALE  
     1804 PENFIELD RD E  
     COLUMBUS, OH  43227

Case No: 09-62708

Chapter 13

Judge: John E. Hoffman Jr.

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on October 30, 2009.
The plan was confirmed on July 07, 2010.
The Case was concluded on November 07, 2014.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:     83,218.70

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 1.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Advance America 00008    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ameritech 00009    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Associated Orthodontics, Inc 00010    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00035    PRIORITY | 656.00 | 656.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00036    UNSECURED | 35.52 | 35.52 | 0.00 | 0.00 |
| CAPITAL ONE 00011    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CENTRAL OHIO CREDIT CORP 00003    UNSECURED | 88.34 | 88.34 | 0.00 | 0.00 |
| Checksmart 00012    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| City of Columbus 00006    PRIORITY | 2,691.46 | 2,691.46 | 0.00 | 0.00 |
| COLUMBIA GAS OF OHIO 00013    UNSECURED | 4.41 | 4.41 | 0.00 | 0.00 |
| Direct Merchant Bank 00016    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| EAST BAY FUNDING LLC 00030    UNSECURED | 2.25 | 2.25 | 0.00 | 0.00 |
| EAST BAY FUNDING LLC 00031    UNSECURED | 1.75 | 1.75 | 0.00 | 0.00 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 09-62708    ELIZABETH D HALE

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| EAST BAY FUNDING LLC 00032    UNSECURED | 4.40 | 4.40 | 0.00 | 0.00 |
| EAST BAY FUNDING LLC 00014    UNSECURED | 27.11 | 27.11 | 0.00 | 0.00 |
| ELIZABETH D HALE 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| ELIZABETH D HALE 00000    DEBTOR REFUND | 331.85 | 331.85 | 0.00 | 0.00 |
| Express PRA 00017    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Eye Physicians & Surgeons, Inc. 00018    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FIRST INVESTORS SERVICING CORP 00004    SECURED-506 | 300.00 | 300.00 | 15.64 | 0.00 |
| FIRST INVESTORS SERVICING CORP 10004    UNSECURED | 54.35 | 54.35 | 0.00 | 0.00 |
| FRANCIS APPRAISAL GROUP 00033    APPRAISER | 300.00 | 300.00 | 0.00 | 0.00 |
| FRANKLIN COUNTY TREASURER 00005    SECURED | 10,971.59 | 10,971.59 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00007    PRIORITY | 7,384.12 | 7,384.12 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00019    UNSECURED | 62.42 | 62.42 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA 00002    PRE-PET MTG ARREARS | 11,547.09 | 11,547.09 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA 00001    MORTGAGE | Continuing | 44,456.48 | 0.00 | 0.00 |
| KENTUCKY CHECK EXCHANGE 00020    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT 00021    UNSECURED | 9.47 | 9.47 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT 00034    UNSECURED | 13.87 | 13.87 | 0.00 | 0.00 |
| NATIONAL CHECK CASHERS 00022    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio State University Hospital 00024    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OSI Portfolio Services 00025    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00015    UNSECURED | 14.40 | 14.40 | 0.00 | 0.00 |
| Providian 00026    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| SBC 00027    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Sprint 00028    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| STATE OF OHIO 00023    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 09-62708    ELIZABETH D HALE

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Tribute MasterCard 00029    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during pendency of case | | 331.85 | 331.85 | |
| Debtor refund to be issued upon the approval of the Final Report and Account | | 137.08 | 137.08 | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 22,818.68 | 10,731.58 | 31,828.50 | 0.00 | 468.93 | 65,847.69 |
| PRIN PAID | 22,818.68 | 10,731.58 | 318.29 | 44,456.48 | 468.93 | 78,793.96 |
| INT PAID | 15.64 | 0.00 | 0.00 | 0.00 | | 15.64 |
| | | | | | TOTAL PAID: | 78,809.60 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| SCOTT R NEEDLEMAN ESQ | 1,000.00 | 1,000.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 3,435.40 | 0.00 | 5.55 | 3,440.95 |

Dated: 12/05/2014

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ELIZABETH D HALE  
      1804 PENFIELD RD E  
      COLUMBUS, OH  43227

Case No: 09-62708

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English  
FAYE D. ENGLISH TRUSTEE  
CHAPTER 13 TRUSTEE  
ONE COLUMBUS  
10 WEST BROAD ST., SUITE 900  
COLUMBUS, OH  43215-3449  
(614)420-2555